**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03131-BNB
(**The above civil action number must appear on all future papers sent to the court in this action. Failure to include this number may result in a delay in the consideration of your claims.**)

GARY MILLER,

    Applicant,

v.

[NO NAMED RESPONDENT],

    Respondent.

**ORDER DIRECTING APPLICANT TO CURE DEFICIENCIES**

Applicant, Gary Miller, currently incarcerated at the Fremont County Detention Center in Cañon City, Colorado. Mr. Miller, proceeding *pro se*, submitted a letter (ECF No. 4) and documents titled "Petition to Correct Illegal Sentence by Mandamus" (ECF No. 1) and "Prisoners [sic] Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915" (ECF No. 3).

As part of the Court's review pursuant to D.C.COLO.LCivR 8.2, the Court has determined that the submitted documents are deficient as described in this order. Mr. Miller will be directed to cure the following if he wishes to pursue his claims. Any papers that Mr. Miller files in response to this order must include the civil action number on this order.

**28 U.S.C. § 1915 Motion and Affidavit:**
(1)   __ is not submitted
(2)   __ is missing affidavit

(3) \_\_ is missing certified copy of prisoner's trust fund statement for the 6-month period immediately preceding this filing
(4) _X_ is missing certificate showing current balance in prison account
(5) \_\_ is missing required financial information
(6) \_\_ is missing an original signature by the prisoner
(7) _X_ is not on proper form (must use the Court's current form)
(8) \_\_ names in caption do not match names in caption of complaint, petition or habeas application
(9) \_\_ An original and a copy have not been received by the Court. Only an original has been received.
(10) _X_ other: § 1915 motion and affidavit and certificate showing current balance only are necessary if Applicant does not pay the $5.00 filing fee in advance.

**Complaint, Petition or Application**:
(11) \_\_ is not submitted
(12) _X_ is not on proper form (must use the Court's current form for filing a habeas corpus application pursuant to 28 U.S.C. § 2254 because Applicant is challenging his conviction and sentence)
(13) \_\_ is missing an original signature by the prisoner
(14) \_\_ is missing page nos. \_\_
(15) \_\_ uses et al. instead of listing all parties in caption
(16) \_\_ An original and a copy have not been received by the Court. Only an original has been received.
(17) \_\_ Sufficient copies to serve each defendant/respondent have not been received by the Court.
(18) \_\_ names in caption do not match names in text
(19) \_\_ other: The only proper Respondent in a habeas corpus action is Applicant's current warden, superintendent, jailer or other custodian.

Accordingly, it is

ORDERED that Applicant, Gary Miller, cure the deficiencies designated above

**within thirty days from the date of this order**. Any papers that Mr. Miller files in

response to this order must include the civil action number on this order. It is

FURTHER ORDERED that Mr. Miller shall obtain the Court-approved forms used

in filing a Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 and

Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a

2

Habeas Corpus Action (with the assistance of his case manager or the facility's legal assistant), along with the applicable instructions, at www.cod.uscourts.gov.  It is

FURTHER ORDERED that, if Mr. Miller fails to cure the designated deficiencies **within thirty days from the date of this order**, the application will be denied and the action dismissed without further notice.

DATED December 3, 2012, at Denver, Colorado.

BY THE COURT:

s/Boyd N. Boland
United States Magistrate Judge