IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-03131-LTB

GARY MILLER,

    Applicant,

v.

FREMONT COUNTY SHERIFF JAMES BIKER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO

    Respondents.

---

# JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on January 8, 2013, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 8 day of January, 2013.

                                 FOR THE COURT,

                                 JEFFREY P. COLWELL, Clerk

                                 By: s/ S. Grimm
                                    Deputy Clerk