**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-03131-BNB

GARY MILLER,

    Applicant,

v.

FREMONT COUNTY SHERIFF JAMES BIKER, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

**MINUTE ORDER**

ORDER ENTERED BY SENIOR JUDGE LEWIS T. BABCOCK

    This matter is before the Court on the motion titled "Motion to Proceed - Refile" that Applicant filed *pro se* on May 3, 2013.  *See* ECF No. 16.  Applicant clarifies in the notice also filed on May 3 (ECF No. 15) that he intended the motion to be filed in the instant action and in *Miller v. Miller*, No. 11-cv-03366-LTB (D. Colo. Feb. 13, 2012).

    This case is closed.  The Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 was denied and the action dismissed without prejudice on January 8, 2013, for Applicant's failure to cure deficiencies.  ECF No. 10.  Judgment was entered on the same day.  ECF No. 11.  Filings will not be considered after the dismissal of a case.  Therefore, the motion Plaintiff filed on May 3 is DENIED as moot, and will not be addressed further.  The clerk of the Court is directed to strike any future filings in this closed action.

Dated:  May 8, 2013